1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION<br><br>*As to All Related and Member Cases* | MDL Case No.:  13-md-2452-AJB-MDD<br><br>**ORDER GRANTING JOINT MOTION DISMISSING ALL REMAINING CASES EXCEPT FOR THOSE WITH PRO SE PLAINTIFFS**<br><br>**(Doc. No. 6494)** |

Pursuant to the Joint Motion filed by behalf Plaintiffs' Steering Committee and Defendants Amylin Pharmaceuticals, LLC, Eli Lilly and Company, Merck Sharp & Dohme Corp (now known as Merck Sharp and Cohme LLC), and Novo Nordisk, Inc., the Court **ORDERS** that all remaining cases in the MDL are dismissed, except for the following cases with pro se plaintiffs:

- *Haugabook, L'Queniia, Individually and as the Successor-in-Interest of the Estate of L'Malika Rolling, deceased v. Merck Sharp & Dohme Corp. et al.*, Case No. 3:13-cv-00977-AJB-MDD.

- *Kovelman, Joyce, Individually and as Successor-in-Interest of the Estate of Gilbert Kovelman, deceased v. Merck Sharp & Dohme Corp. et al.*, Case No. 3:12-cv-03079-AJB-MDD.

- *Foye, Pears and Sharon v. Amylin Pharmaceuticals, LLC et al.*, Case No. 3:14-cv-00559-AJB-MDD.

1

1       Accordingly, the parties' Joint Motion is **GRANTED**. (Doc. No. 6494.) The Clerk

2   of Court is instructed to enter this Order in the MDL case and in each corresponding

3   individual case, as well as terminate all other pending motions for voluntary dismissal as

4   moot.

5       **IT IS SO ORDERED**.

6   Dated:  August 12, 2022

7                       Hon. Anthony J. Battaglia

8                       United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2